IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: RODNEY SHERRELL HARRELL,<br><br>Debtor. | BANKRUPTCY CASE NUMBER 26-11014-RMM |
| DFS FINANCE, A DIVISION OF FIRST NATIONAL BANK OF OMAHA, F/K/A DIVERSIFIED FINANCIAL SERVICES, LLC,<br><br>Movant,<br><br>v.<br><br>RODNEY SHERRELL HARRELL<br><br>Respondent. | CHAPTER 12<br><br>**CONTESTED MATTER** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that, in accordance with Local Bankruptcy Rule 9004-1, the Movant, **DFS FINANCE**, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC, has filed a Motion for Relief from Automatic Stay and Waiver of 30-day Requirement for Hearing Pursuant to U.S.C. § 362.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion [or other type of pleading] may be obtained upon written request to counsel for the Movant (or Objecting Party) (identified below) or at the Clerk's office.**

If you do not want the court to grant the Motion, or if you want the Court to consider your views on said Motion, then you or your attorney shall attend the hearing scheduled to be held on:

**November 4, 2026, at 2:00p.m., in the United States Bankruptcy Court at the C.B. King U.S. Courthouse, 201 W. Broad Avenue, Albany, Georgia 31701**

**Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting relief.**

This notice is sent by the undersigned pursuant to Local Rule 9004-1.

DATED: October 6, 2026

GARDNER WILLIS PLAIRE & WILSON, LLP
BY: */s/ Regan Cason*
REGAN CASON
State Bar No. 390731
*Attorneys for Movant DFS*

P.O. Drawer 71788
Albany, Georgia 31708-1788
(229) 883-2441
Regan.cason@gwpwlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: RODNEY SHERRELL HARRELL,<br><br>Debtor. | BANKRUPTCY CASE NUMBER 26-11014-RMM |
| DFS FINANCE, A DIVISION OF FIRST NATIONAL BANK OF OMAHA, F/K/A DIVERSIFIED FINANCIAL SERVICES, LLC,<br><br>Movant,<br><br>v.<br><br>RODNEY SHERRELL HARRELL<br><br>Respondent. | CHAPTER 12<br><br>**CONTESTED MATTER** |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 30 DAY REQUIREMENT FOR HEARING PURSUANT TO 11 U.S.C. § 362**

**COMES NOW** the secured creditor DFS Finance, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC (hereinafter "DFS") and pursuant to *United States Bankruptcy Rule 4001* and *11 U.S.C. § 362(a),* moves this Court for an Order granting DFS Relief from the Automatic Stay provided in *11 U.S.C. § 362(a)* and waiver of the 30-day requirement for hearing pursuant to *11 U.S.C. § 362*. In support of its said Motion, DFS states and alleges as follows:

1. DFS is a secured creditor in the above captioned bankruptcy proceeding. DFS is a division of First National Bank of Omaha and formally did business under the name, Diversified Financial Services, LLC. DFS' principal place of business is located in Omaha, Douglas County, Nebraska.

2. The Debtor, Rodney Sherrell Harrell, (the "Debtor") was at all times pertinent hereto a resident of Leesburg, Georgia 31763.

3. The Debtor filed for relief under Chapter 12 of Title 11 of the United States Code on September 17, 2026 (the "Petition Date").

4. Jurisdiction is proper pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 362.

5. On or about January 24, 2024, the Debtor executed and delivered a Promissory Note and Security Agreement Fixed Rate (the "Note") to DFS for the purpose of financing the purchase of the following piece of agricultural equipment:

2024 Montag 12 Ton Steerable Fertilizer Cart (Serial # 22628)

(hereinafter referred as the "Equipment"). A photocopy of the Note is attached hereto, marked Exhibit A and incorporated herein by this reference.

6. On or about January 25, 2024, DFS filed a UCC-1 Financing Statement with the Coweta County Clerk of Superior Court to perfect its security interest in the Equipment (the "UCC"). A copy of the UCC is attached hereto marked Exhibits B and incorporated herein by this reference.

7. On or about September 17, 2026, pursuant to *11 U.S.C. 362(a)*, the filing of the Debtor's Petition operated as an automatic stay against DFS's rights to protect its interest in the Planter.

8. Prior to the Debtor's bankruptcy filing, DFS had repossessed the Equipment. DFS is currently in possession of the equipment.

9. DFS's counsel has communicated with the Debtor's attorney and advised the Debtor's attorney that DFS was willing to return the Equipment to the Debtor. The Debtor's attorney informed DFS' attorney that the Debtor does not want the Equipment returned and that DFS can proceed to exercise its rights pursuant the Note.

10. A continuation of the Automatic Stay provided in *11 U.S.C. § 362(a)* will cause real and irreparable harm to DFS and will deprive DFS of the adequate protection to which it is entitled and cause does exist for the lifting of the Automatic Stay provided in *11 U.S.C. § 362(a)* for the following reasons among others:

(a) The Debtor was in default of the Note on the date he filed his bankruptcy petition because he had not made the payments which had accrued on the same to DFS; and

(b) The Debtor does not want the Equipment and thus the same is not necessary for the effective reorganization of the Debtor; and

(c) The Debtor's attorney advised DFS' attorney that it does not have an objection to DFS obtaining Relief from the Automatic Stay.

11. DFS also exerts that cause exists for the lifting of the Stay provided in *United States Bankruptcy Rule 4001(a)(4)*, thus allowing the requested Order for Relief to immediately be effective should the Court grant DFS's request for Relief.

WHEREFORE, DFS prays to this Court for an Order:

(a) Granting it Relief from the Automatic Stay provided in *11 U.S.C. § 362(a)* and deeming the DFS Collateral abandoned; and

(b) Waiving the "Stay" provided in the *United States Bankruptcy Rule 4001(a)(4);* and

(c) For such other and further relief as the Court deems just and proper.

DATED: October 6, 2026

GARDNER WILLIS PLAIRE & WILSON, LLP

/s/ *Regan Cason*

REGAN CASON
State Bar No.: 390731
*Attorneys for Movant DFS*

Post Office Drawer 71788
Albany, Georgia 31708-1788
(229) 883-2441
(229) 888-8148 (fax)
regan.cason@gwpwlaw.com
grace.brock@gwpwlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing NOTICE OF HEARING and MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 30 DAY REQUIREMENT FOR HEARING PURSUANT TO 11 U.S.C. § 362 with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201
Email: wes@boyerterry.com
**Counsel for Debtor**

Walter W. Kelley
Office of Ch 12 Trustee
P.O. Box 70849
Albany, GA 31708
**Chapter 12 Trustee**

I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the parties set forth below:

Rodney Sherrell Harrell
P.O. Box 949
Leesburg, GA 31763
**Debtor**

DATED: October 6, 2026

GARDNER WILLIS PLAIRE & WILSON, LLP

/s/ *Regan Cason*
REGAN CASON
State Bar No.: 390731
*Attorneys for Movant DFS*

Post Office Drawer 71788
Albany, Georgia 31708-1788
(229) 883-2441
(229) 888-8148 (fax)
regan.cason@gwpwlaw.com
grace.brock@gwpwlaw.com