**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-11014-RMM |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | CHAPTER 12 |
| Debtor | ) | |
| | ) | |
| | ) | |
| AGCO FINANCE LLC, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | |
| Respondent. | ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that **AGCO Finance, LLC** has filed a ***Motion for Relief from Automatic Stay, Alternatively Motion to Compel Timely Performance Under Lease Agreements, or Alternatively Motion to Compel Assumption or Rejection of Leases and Waiver of 30 Day Requirement for Hearing Pursuant to 11 U.S.C. §§ 362 and 365*** and related papers with the Court seeking an order lifting automatic stay.

YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Motion for Relief from Automatic Stay may be obtained upon written request to counsel for the Movant or at the Clerk's office.

If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing scheduled to be held on the **9th day of December, 2026, at 2:00 p.m., United States Courthouse, Courtroom Second Floor, 201 West Broad Avenue, Albany, Georgia 31701.**

You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two business days before the hearing. The address for the Clerk's Office is: **Clerk, United States Bankruptcy Court, P.O. Box 1957, Macon, Georgia 31202.** You must also mail a copy of your response to the undersigned at the address stated below.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

IF THE MOTION IS FOR RELIEF FROM STAY and a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

This 29th day of October, 2026.

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

For the Firm of
THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
E-mail: mpugh@tokn.com
Attorneys for AGCO Finance, LLC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-11014-RMM |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | CHAPTER 12 |
| Debtor | ) | |
| | ) | |
| | ) | |
| AGCO FINANCE LLC, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | |
| Respondent. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY, ALTERNATIVELY MOTION TO COMPEL TIMELY PERFORMANCE UNDER LEASE AGREEMENTS, OR ALTERNATIVELY MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASES AND WAIVER OF 30 DAY REQUIREMENT FOR HEARING PURSUANT TO 11 U.S.C. §§ 362 AND 365**

**NOW COMES,** AGCO FINANCE LLC ("AGCO" or "Movant"), a creditor and party in interest in the above-captioned matter, and waives any right to a hearing within 30 days and respectfully states as follows:

**Background**

1.

Rodney Sherrell Harrell ("Debtor") filed for Chapter 12 relief on September 17, 2026 (the "Petition Date").

2.

Jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362.

## The Lease Agreements

**Contract No. *7081/Lease Agreement 1**

3.

On or about July 23, 2025, (i) AGCO and (ii) Debtor, John Hammonds Alexander Harrell, and Harrell Farms Partnership, entered into a Lease Agreement ("Lease Agreement 1"). A true and correct copy of the Lease Agreement 1 is attached and incorporated as Exhibit "1".

4.

Debtor, John Hammonds Alexander Harrell, and Harrell Farms Partnership (collectively, the "Lessees"), leased one (1) Fendt FT939G7 Tractor, Serial No. 02279 ("Equipment 1"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease installments of $59,404.62, beginning August 1, 2026, followed by one (1) lease installment of $59,404.62 on July 1, 2030, with a Purchase Option Price of $301,482.60.

5.

As of the Petition Date, the total amount outstanding under Lease Agreement 1, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 1 and the Bankruptcy Code, is $630,098.29.

**Contract No. *7094/Lease Agreement 2**

6.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 2"). A true and correct copy of Lease Agreement 2 is attached and incorporated as Exhibit "2".

7.

Lessees leased one (1) Fendt FT930G7 Tractor, Serial No. 02847 ("Equipment 2"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease installments of $50,934.22, beginning August 1, 2026, followed by one (1) lease installment of $50,934.22 on July 1, 2030, with a Purchase Option Price of $259,651.90.

8.

As of the Petition Date, the total amount outstanding under Lease Agreement 2, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 2 and the Bankruptcy Code, is $545,915.50.

**Contract No. *7102/Lease Agreement 3**

9.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 3"). A true and correct copy of Lease Agreement 3 is attached and incorporated as Exhibit "3".

10.

Lessees leased one (1) Fendt FT939G7 Tractor, Serial No. 02283 ("Equipment 3"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease installments of $59,404.62, beginning August 1, 2026, followed by one (1) lease installment of $59,404.62 on July 1, 2030, with a Purchase Option Price of $301,482.69.

11.

As of the Petition Date, the total amount outstanding under Lease Agreement 3, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 3 and the Bankruptcy Code, is $630,098.29.

**Contract No. *7077/Lease Agreement 4**

12.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 4"). A true and correct copy of Lease Agreement 4 is attached and incorporated as Exhibit "4".

13.

Lessees leased one (1) Fendt FT728G7 Tractor, Serial No. 01639 ("Equipment 4"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease installments of $41,764.62, beginning August 1, 2026, followed by one (1) lease installment of $41,764.62 on July 1, 2030, with a Purchase Option Price of $235,737.81.

14.

As of the Petition Date, the total amount outstanding under Lease Agreement 4, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 4 and the Bankruptcy Code, is $476,153.41.

**Contract No. *7055/Lease Agreement 5**

15.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 5"). A true and correct copy of Lease Agreement 5 is attached and incorporated as Exhibit "5".

16.

Lessees leased one (1) Fendt FT936G7 Tractor, Serial No. 03919 ("Equipment 5"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease

installments of $54,604.56, beginning August 1, 2026, followed by one (1) lease installment of $54,604.56 on July 1, 2030, with a Purchase Option Price of $301,190.61.

17.

As of the Petition Date, the total amount outstanding under Lease Agreement 5, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 5 and the Bankruptcy Code, is $605,805.91.

**Contract No. *7252/Lease Agreement 6**

18.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 5"). A true and correct copy of Lease Agreement 6 is attached and incorporated as Exhibit "6".

19.

Lessees leased one (1) Fendt FTC8 Combine, Serial No. 070173 ("Equipment 6"), whereby Lessees agreed to pay AGCO four (4) yearly lease installments of $148,480.37, beginning August 1, 2026, with a Purchase Option Price of $271,132.71.

20.

As of the Petition Date, the total amount outstanding under Lease Agreement 6, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 6 and the Bankruptcy Code, is $865,054.19.

**Contract No. *7244/Lease Agreement 7**

21.

On or about July 23, 2025, AGCO and Lessees entered into a Lease Agreement ("Lease Agreement 7"). A true and correct copy of Lease Agreement 7 is attached and incorporated as Exhibit "7".

22.

Lessees leased one (1) Fendt FTRG934H Liquid Rogator, Serial No. SNNL1306 ("Equipment 7"), whereby Lessees agreed to pay AGCO the sum of $30,000 on March 1, 2026, followed by four (4) yearly lease installments of $110,627.23, beginning August 1, 2026, followed by one (1) lease installment of $54,604.56 on July 1, 2030, with a Purchase Option Price of $252,128.75.

23.

As of the Petition Date, the total amount outstanding under Lease Agreement 6, excluding attorneys' fees and other costs and charges that AGCO is entitled to recover under Lease Agreement 6 and the Bankruptcy Code, is $694,637.67.

**Disclosure under LBR 4001-1(a)(4)**

24.

Each of Lease Agreements 1 through 7 (collectively, the "AGCO Lease Agreements") is a true lease and the Lessees, including Debtor, have no ownership in Equipment 1 through 7 (collectively, the "Equipment"); therefore any blanket liens encumbering Debtor's assets would not attach to the Equipment.

**Relief Requested**

25.

Equipment 1 through 5 have been surrendered to AGCO; however, Equipment 6 and 7 remain in the possession of the Lessees and are being used daily in their business and are declining in value. Accordingly, AGCO is entitled to relief from the automatic stay as to the AGCO Lease Agreements and the Equipment pursuant to provisions on Section 362(d)(1) of the Bankruptcy Code.

26.

AGCO is entitled to relief from the automatic stay as to the AGCO Lease Agreements and the Equipment pursuant to Section 362(d)(2) of the Bankruptcy Code because Debtor has no equity in the Equipment, the Equipment is not necessary for an effective reorganization, and AGCO's interest in the Equipment is not adequately protected.

27.

The Equipment is burdensome to the estate and of inconsequential value and should be abandoned and the 14-day requirement pursuant to F.R.B.P. 4001(a)(3) should be waived.

**Alternative Relief Requested**

28.

With respect to the AGCO Lease Agreements, if this Court does not grant relief from the automatic stay, AGCO is entitled to on-going lease installments accruing under, and in the amounts set forth in, the AGCO Lease Agreements and said installments must be timely paid pursuant to Sections 363(e) and 365(d) of the Bankruptcy Code.

29.

AGCO is entitled to non-monetary adequate protection pursuant to Sections 361, 363(e), and 365 of the Bankruptcy Code. Debtor's strict compliance of all obligations to maintain and protect the Equipment in compliance with the terms and conditions of the AGCO Lease Agreements is required.

**WHEREFORE,** Movant prays that:

A. the automatic stay of 11 U.S.C. § 362 is modified or terminated and that AGCO is authorized to exercise its rights against the Equipment pursuant to State Law and its lease documents, including terminating the leases, in order to repossess and dispose of the Equipment; or, in the alternative,

B. the Court require the performance of all monetary and non-monetary obligations set forth in the AGCO Lease Agreements; and

C. the Court require Debtor to reject or assume the AGCO Lease Agreements; and

D. the Court grant such other and further relief as it deems just and proper.

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

For the Firm of
THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(770) 925-0111
E-mail: mpugh@tokn.com
Attorneys for AGCO Finance, LLC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-11014-RMM |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | CHAPTER 12 |
| Debtor | ) | |
| | ) | |
| | ) | |
| AGCO FINANCE LLC, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| RODNEY SHERRELL HARRELL, | ) | |
| Respondent. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have on this day electronically filed the foregoing ***Motion for Relief from Automatic Stay, Alternatively Motion to Compel Timely Performance Under Lease Agreements, or Alternatively Motion to Compel Assumption or Rejection of Leases and Waiver of 30 Day Requirement for Hearing Pursuant to 11 U.S.C. §§ 362 and 365*** and ***Notice of Assignment of Hearing*** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: *Debtor's attorney, Wesley J. Boyer,* and *Chapter 12 Trustee, Walter W. Kelly.*

I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the parties set forth below:

Rodney Sherrell Harrell
PO Box 949
Leesburg, GA 31763

U.S. Trustee
U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201

This 29th day of October, 2026.

<u>/s/ Michael B. Pugh</u>
**MICHAEL B. PUGH**
Georgia State Bar No. 150170

THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

AGCO FINANCE LLC

ATLANTIC & SOUTHERN EQUIPMENT
1504 HWY 117 SOUTH
GOLDSBORO, NC 27530

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-507051

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| Fax/Email | Mail all documents to: | |
|---|---|---|
| Deals with a funded total up to $500K | Regular Mail | Shipping Mail |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Payment Schedule Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| **Dealer:** | $ | **Floor Plan:** | $ |
| **Manufacturer:** | $ | **Retail Payoff:** | $ |
| **Other:** | $ | **Total:** | $ |
| **Notes:** | | | |



EXHIBIT
1
tabbies

1000

# LEASE AGREEMENT (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee")

Case ID. FA-507051

| LESSEE | | | |
|---|---|---|---|
| LEASE NUMBER | | | |
| NAME | HARRELL FARMS PARTNERSHIP AND JCH . *SEE ADDENDUM* | | |
| ADDRESS | 221 GOSA RD | | |
| CITY & STATE | LEESBURG, GA | | |
| ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-886-4734 |
| LOCATION OF MACHINERY | 221 GOSA RD. LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM |

| LESSOR | |
|---|---|
| DEALER CODE | 002178 011C |
| CONTRACT DATE | 07/23/2025 |
| NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| ADDRESS CITY & STATE | 1504 HWY 117 SOUTH GOLDSBORO NC |
| ZIP CODE | 27530 |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and severally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $30,000.00. together with sales / use tax on advance payments of $0.00 and the balance of payments as follows

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows | **AGCO FINANCE LLC**<br>P.O. Box 77113<br>Minneapolis, MN 55480-7702 |
| Number of Payments | | Amount of Each Payment | First Payment Date | SEE ADDENDUM | |
| | | | | | |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice, however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY** *Note* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

**PURCHASE OPTION**

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for:

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at www.seemyterms.com. 847P55J ("Terms and Conditions") (i) were read and understood by Lessee prior to signing below, (ii) are incorporated herein by reference as if fully set forth herein; and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

**PERSONAL GUARANTY**

*(This Space Intentionally Blank)*

**LESSEE**

**SEE SIGNATURE ADDENDUM**

Signature

Print Name Title Date

**LESSOR**

**SEE SIGNATURE ADDENDUM**

Signature

Print Name Title Date

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance**: Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee**: Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR OR ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction**: Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal, fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance**: Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| | | |
|---|---|---|
| ▶ ______ Date | ATLANTIC & SOUTHERN EQUIPMENT Lessor's Name | By: ▶ Steve Evans Authorized Signature |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| | | |
|---|---|---|
| ▶ 8.11.25 Date | AGCO FINANCE LLC | By: ▶ [signature] Authorized Signature |

## Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| New | FENDT FT939G7 | WAM97124C00F02279 | Tractor | 0 | 3000 | $65.00 | $520,000.00 |

| Trade-In Equipment Description (Include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| FENDT FT930G7 tractor | WAM96824P00F02488 | 317,651.79 | 317,651.79 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| LESSEE | | | LESSOR | | | |
|---|---|---|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | Signature | | |
| | Print Name | Title | Date | Print Name | Title | Date |

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $30,000.00 | 03/01/2026 |
| 2 | $59,404.62 | 08/01/2026 |
| 3 | $59,404.62 | 08/01/2027 |
| 4 | $59,404.62 | 08/01/2028 |
| 5 | $59,404.62 | 08/01/2029 |
| 6 | $59,404.62 | 07/01/2030 |

| LESSEE | SEE SIGNATURE ADDENDUM | LESSOR | SEE SIGNATURE ADDENDUM |
|---|---|---|---|
| | Signature | | Signature |
| | Print Name / Title / Date | | Print Name / Title / Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

Date of Lease Agreement: 07/23/2025

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |
| Assignee: | AGCO FINANCE LLC |

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer. (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified).
Use as many signature lines as needed.2

| | | |
|---|---|---|
| Name: JOHN HAMMONDS ALEXANDER HARRELL | By: ▶ [signature] (Signature) | Individually and as General Partner |
| Name: RODNEY SHERRELL HARRELL | By: ▶ [signature] (Signature) | Individually and as General Partner |

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

| | | |
|---|---|---|
| Name of Entity: Harrell Farms Partnership | Individually and as General Partner | By: ▶ [signature] (Signature)<br>Print: ▶ Alex Harrell (Name) ▶ Partner (Title) |
| Name of Entity: Harrell Farms Partnership | Individually and as General Partner | By: ▶ [signature] (Signature)<br>Print: ▶ Rodney Harrell (Name) ▶ partner (Title) |

| **LESSOR:** | **ASSIGNEE:** |
|---|---|
| ATLANTIC & SOUTHERN EQUIPMENT | AGCO FINANCE LLC |
| By: ▶ Steve Evans (Signature) | By: ▶ [signature] (Signature) |
| Print Title ▶ President | Print Title: ▶ RMA |

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No | ("Lease") | Dated | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | Dealer Name ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

   $301,482.69, plus applicable fees andInitial here JHH taxes.

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: [initials]

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LESSEE | SEE SIGNATURE ADDENDUM | | | LESSOR | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| | | | |
|---|---|---|---|
| ASSIGNEE | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131 | | |
| | [signature]<br>Signature | | |
| | Tim Price<br>Print Name | RMA<br>Title | 8.11.25<br>Date |

**AGCO FINANCE LLC**
**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE: Agreement dated 07/23/2025 with AGCO FINANCE LLC

as Assignee, Lender, or Lessor (the "Lender").

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion, rust, mechanical or electrical breakdown, etc. The minimum amount of coverage required by Lender is $520,000.00.

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT

TO DEBTOR'S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender's Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee.

To my existing policy number ____________ with HIGGINBOTHAM FINANCIAL
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMInsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

Cory Paul
Insurance Agency/Agent's Name

CPAUL@HIGGINBOTHAM.NET
Agent's E-Mail Address

2301 DAWSON RD
Mailing Address / PO Box

229-869-6318
Agent's Phone Number

Agent's Fax Number

ALBANY — City
GA — State
31707 — Zip Code

ATLANTIC & SOUTHERN EQUIPMENT
4186 US HWY 82 WEST
TIFTON, GA 31793

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-506996

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| Fax/Email | Mail all documents to: | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Payment Schedule Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| **Dealer:** | $ | **Floor Plan:** | $ |
| **Manufacturer:** | $ | **Retail Payoff:** | $ |
| **Other:** | $ | **Total:** | $ |
| **Notes:** | | | |



EXHIBIT
tabbies
2

# LEASE AGREEMENT (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee")

Case ID: FA-506996

| LESSEE | | | | LESSOR | |
|---|---|---|---|---|---|
| LEASE NUMBER | | | | DEALER CODE | 002178.0104 |
| NAME | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | | | CONTRACT DATE | 07/23/2025 |
| ADDRESS | 221 GOSA RD | | | NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| CITY & STATE | LEESBURG, GA | | | ADDRESS CITY & STATE | 4186 US HWY 82 WEST TIFTON, GA |
| ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-888-4734 | ZIP CODE | 31793 |
| LOCATION OF MACHINERY | 221 GOSA RD, LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM | | |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and serverally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $30,000.00, together with sales / use tax on advance payments of $0.00 and the balance of payments as follows:

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows: | AGCO FINANCE LLC |
| Number of Payments | Amount of Each Payment | | First Payment Date | SEE ADDENDUM | P.O. Box 77113 Minneapolis, MN 55480-7702 |
| | | | | | |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice; however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY:** *Note:* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year.

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE: At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

## PURCHASE OPTION

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for:

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes.

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at www.seemyterms.com: 647F55J ("Terms and Conditions"): (i) were read and understood by Lessee prior to signing below; (ii) are incorporated herein by reference as if fully set forth herein; and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

## PERSONAL GUARANTY

*[This Space Intentionally Blank]*

| LESSEE | | | LESSOR | | |
|---|---|---|---|---|---|
| SEE SIGNATURE ADDENDUM | | | SEE SIGNATURE ADDENDUM | | |
| Signature | | | Signature | | |
| Print Name | Title | Date | Print Name | Title | Date |

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance:** Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee:** Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR OR ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction:** Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal, fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance:** Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| Date | Lessor's Name | By: Authorized Signature |
|---|---|---|
| | ATLANTIC & SOUTHERN EQUIPMENT | Steve Evans |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| Date | | By: Authorized Signature |
|---|---|---|
| 8.11.25 | AGCO FINANCE LLC | Tim [illegible] RMA |

# Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| New | FENDT FT930G7 | WAM96824K00F02847 | Tractor | 0 | 3000 | $65.00 | $455,000.00 |

| Trade-In Equipment Description (include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| FENDT ft939g7 tractor | WAM97124H00F01677 | 347,849.70 | 347,849.70 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| LESSEE | SEE SIGNATURE ADDENDUM | LESSOR | SEE SIGNATURE ADDENDUM |
|---|---|---|---|
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $30,000.00 | 03/01/2026 |
| 2 | $50,934.22 | 08/01/2026 |
| 3 | $50,934.22 | 08/01/2027 |
| 4 | $50,934.22 | 08/01/2028 |
| 5 | $50,934.22 | 08/01/2029 |
| 6 | $50,934.22 | 07/01/2030 |

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

Date of Lease Agreement: 07/23/2025

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |

Assignee: AGCO FINANCE LLC

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer: (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified). Use as many signature lines as needed.2

Name: JOHN HAMMONDS ALEXANDER HARRELL — By: ▶ [signature] (Signature) — Individually and as General Partner

Name: RODNEY SHERRELL HARRELL — By: ▶ [signature] (Signature) — Individually and as General Partner

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included). Use as many signature lines as needed.

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Alex Harrell (Name) ▶ partner (Title)

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Rodney Harrell (Name) ▶ partner (Title)

**LESSOR:**
ATLANTIC & SOUTHERN EQUIPMENT
By: ▶ Steve Evans (Signature)
Print Title: ▶ President

**ASSIGNEE:**
AGCO FINANCE LLC
By: ▶ Tim Price (Signature)
Print Title: ▶ RMA

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated: | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | Dealer Name: ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

   $259,651.90, plus applicable fees and taxes. Initial here JAH

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: JAH

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LESSEE | SEE SIGNATURE ADDENDUM | | | LESSOR | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| | | | |
|---|---|---|---|
| ASSIGNEE | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131<br>Tim Price | | |
| | Signature | | |
| | Tim Price | RMA | 8.11.25 |
| | Print Name | Title | Date |

**AGCO FINANCE LLC**

**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date: 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE: Agreement dated 07/23/2025 with AGCO FINANCE LLC

as Assignee, Lender, or Lessor (the "Lender").

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion, rust, mechanical or electrical breakdown, etc. The minimum amount of coverage required by Lender is $455,000.00.

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT.

TO DEBTOR'S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender's Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee.

To my existing policy number ____________ with ____________
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMInsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

▶ Cory Paul
Insurance Agency/Agent's Name

▶
Agent's E-Mail Address

▶
Mailing Address / PO Box

▶ 229-861-6318
Agent's Phone Number

▶
Agent's Fax Number

▶ City ▶ State ▶ Zip Code

AGCO FINANCE LLC

ATLANTIC & SOUTHERN EQUIPMENT
1504 HWY 117 SOUTH
GOLDSBORO, NC 27530

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-507047

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| Fax/Email | Mail all documents to: | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Payment Schedule Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| Dealer: | $ | Floor Plan: | $ |
| Manufacturer: | $ | Retail Payoff: | $ |
| Other: | $ | Total: | $ |
| Notes: | | | |



EXHIBIT
tabbies
3

**LEASE AGREEMENT** (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee") Case ID FA-507047

| LESSEE | | | | | LESSOR | | |
|---|---|---|---|---|---|---|---|
| | LEASE NUMBER | | | | | DEALER CODE | 002178.0110 |
| | NAME | HARRELL FARMS PARTNERSHIP AND JOH.. "SEE ADDENDUM" | | | | CONTRACT DATE | 07/23/2025 |
| | ADDRESS | 221 GOSA RD | | | | NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| | CITY & STATE | LEESBURG, GA | | | | ADDRESS CITY & STATE | 1504 HWY 117 SOUTH GOLDSBORO, NC |
| | ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-886-4734 | | ZIP CODE | 27530 |
| | LOCATION OF MACHINERY | 221 GOSA RD LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM | | | |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and severally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $30,000.00, together with sales / use tax on advance payments of $0.00 and the balance of payments as follows.

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows: | **AGCO FINANCE LLC** |
| Number of Payments | Amount of Each Payment | | First Payment Date | SEE ADDENDUM | P.O. Box 77113 Minneapolis, MN 55480-7702 |
| | | | | | |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice, however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY** *Note:* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE: At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

**PURCHASE OPTION**

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes

**PERSONAL GUARANTY**

*[This Space Intentionally Blank]*

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at www.seemyterms.com 647P55J ("Terms and Conditions") (i) were read and understood by Lessee prior to signing below, (ii) are incorporated herein by reference as if fully set forth herein, and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

| LESSEE | | LESSOR | |
|---|---|---|---|
| | **SEE SIGNATURE ADDENDUM** | | **SEE SIGNATURE ADDENDUM** |
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance**: Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee**: Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR OR ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction**: Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition or disposal fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance.** Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| Date | Lessor's Name | By | Authorized Signature |
|---|---|---|---|
| | ATLANTIC & SOUTHERN EQUIPMENT | By | Steve Evans |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| Date | | By | Authorized Signature |
|---|---|---|---|
| 8.11.25 | AGCO FINANCE LLC | By | Tim Price RMA |

## Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| New | FENDT FT939G7 | WAM97124T00F02283 | Tractor | 0 | 3000 | $65.00 | $520,000.00 |

| Trade-In Equipment Description (Include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| FENDT FT933G7 tractor | WAM86924H00F01227 | 317,651.79 | 317,651.79 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $30,000.00 | 03/01/2026 |
| 2 | $59,404.62 | 08/01/2026 |
| 3 | $59,404.62 | 08/01/2027 |
| 4 | $59,404.62 | 08/01/2028 |
| 5 | $59,404.62 | 08/01/2029 |
| 6 | $59,404.62 | 07/01/2030 |

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

Date of Lease Agreement: 07/23/2025

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |
| Assignee: | AGCO FINANCE LLC |

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer: (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified).
Use as many signature lines as needed.2

Name: JOHN HAMMONDS ALEXANDER HARRELL By: [signature] (Signature) Individually and as General Partner

Name: RODNEY SHERRELL HARRELL By: [signature] (Signature) Individually and as General Partner

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

Name of Entity: Harrell Farms Partnership Individually and as General Partner
By: [signature] (Signature)
Print: Alex Harrell (Name) Partner (Title)

Name of Entity: Harrell Farms Partnership Individually and as General Partner
By: [signature] (Signature)
Print: Rodney Harrell (Name) partner (Title)

**LESSOR:**
ATLANTIC & SOUTHERN EQUIPMENT
By: Steve Evans (Signature)
Print Title: President

**ASSIGNEE:**
AGCO FINANCE LLC
By: [signature] (Signature)
Print Title: RMA

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | Dealer Name ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option") The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

   $301,482.69, plus applicable fees and taxes. Initial here: JHR

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate') increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: JAH

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LESSEE | SEE SIGNATURE ADDENDUM | | | LESSOR | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| | | | |
|---|---|---|---|
| ASSIGNEE | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131<br>Tim Price | | |
| | Signature | | |
| | Tim Price | RMA | 8.11.25 |
| | Print Name | Title | Date |

AGCO FINANCE LLC

ATLANTIC & SOUTHERN EQUIPMENT
4186 US HWY 82 WEST
TIFTON, GA 31793

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-502390

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| Fax/Email | Mail all documents to: | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Payment Schedule Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| **Dealer:** | $ | **Floor Plan:** | $ |
| **Manufacturer:** | $ | **Retail Payoff:** | $ |
| **Other:** | $ | **Total:** | $ |
| **Notes:** | | | |

AF_5335 (11/17)

EXHIBIT 4

# LEASE AGREEMENT (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee")

Case ID: FA-502390

| LESSEE | | | |
|---|---|---|---|
| LEASE NUMBER | | | |
| NAME | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | | |
| ADDRESS | 221 GOSA RD | | |
| CITY & STATE | LEESBURG, GA | | |
| ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-886-4734 |
| LOCATION OF MACHINERY | 221 GOSA RD, LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM |

| LESSOR | |
|---|---|
| DEALER CODE | 002178.0104 |
| CONTRACT DATE | 07/23/2025 |
| NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| ADDRESS CITY & STATE | 4186 US HWY 82 WEST TIFTON, GA |
| ZIP CODE | 31793 |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and serverally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $30,000.00, together with sales / use tax on advance payments of $0.00 and the balance of payments as follows:

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows: SEE ADDENDUM | AGCO FINANCE LLC<br>P.O. Box 77113<br>Minneapolis, MN 55480-7702 |
| Number of Payments | Amount of Each Payment | | First Payment Date | | |
| | | | | | |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice; however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY:** *Note:* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year.

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE: At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

**PURCHASE OPTION**

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for:

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes.

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at **www.seemyterms.com**: **647P55J** ("Terms and Conditions"): (i) were read and understood by Lessee prior to signing below; (ii) are incorporated herein by reference as if fully set forth herein; and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

**PERSONAL GUARANTY**

*[This Space Intentionally Blank]*

**LESSEE**

**SEE SIGNATURE ADDENDUM**

Signature

Alex Harrell | Partner | 7-23-25

Print Name | Title | Date

**LESSOR**

**SEE SIGNATURE ADDENDUM**

Signature

Print Name | Title | Date

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance**: Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee**: Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR** OR ASSIGNEE **BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction**: Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal, fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance**: Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| Date | Lessor's Name | By: Authorized Signature |
|---|---|---|
| | ATLANTIC & SOUTHERN EQUIPMENT | Steve Evans |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| Date | | By: Authorized Signature |
|---|---|---|
| 8.12.25 | AGCO FINANCE LLC | Tim Price RMA |

# Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| New | FENDT FT728G7 | WAM71024K00F01639 | Tractor | 2 | 3000 | $50.00 | $400,000.00 |

| Trade-In Equipment Description (Include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| FENDT FT716G6 tractor | WAM76122E00F01799 | 155,959.00 | 155,959.00 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| LESSEE | | | | LESSOR | | | |
|---|---|---|---|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | | | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Alex Harrell | Pres | 7-23-25 | | | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

AF_5130 (11/21)

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $30,000.00 | 03/01/2026 |
| 2 | $41,764.62 | 08/01/2026 |
| 3 | $41,764.62 | 08/01/2027 |
| 4 | $41,764.62 | 08/01/2028 |
| 5 | $41,764.62 | 08/01/2029 |
| 6 | $41,764.62 | 07/01/2030 |

| | LESSEE | | LESSOR | |
|---|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM | |
| | Signature | | Signature | |
| | Alex Harrell / Partner / 7-25-25 | | | |
| | Print Name / Title / Date | | Print Name / Title / Date | |

# Signature Addendum

*(For Use With a Lease Agreement)*

**Date of Lease Agreement: 07/23/2025**

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |
| Assignee: | AGCO FINANCE LLC |

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer: (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified).
Use as many signature lines as needed.2

Name: JOHN HAMMONDS ALEXANDER HARRELL By: ▶ [signature] (Signature) Individually and as General Partner

Name: RODNEY SHERRELL HARRELL By: ▶ [signature] (Signature) Individually and as General Partner

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

Name of Entity: Harrell Farms Partnership — Individually and as General Partner
By: ▶ [signature] (Signature)
Print: ▶ Alex Harrell (Name) ▶ Partner (Title)

Name of Entity: Harrell Farms Partnership — Individually and as General Partner
By: ▶ [signature] (Signature)
Print: ▶ Rodney Harrell (Name) ▶ partner (Title)

**LESSOR:**
ATLANTIC & SOUTHERN EQUIPMENT
By: ▶ Steve Evans (Signature)
Print Title: ▶ President

**ASSIGNEE:**
AGCO FINANCE LLC
By: ▶ [signature] (Signature)
Print Title: ▶ RMA

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated: | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | Dealer Name: ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

   $235,737.81, plus applicable fees andInitial here: [initials]
   taxes.

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: TAH

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| LESSEE | | | | LESSOR | | | |
|---|---|---|---|---|---|---|---|
| | **SEE SIGNATURE ADDENDUM** | | | | **SEE SIGNATURE ADDENDUM** | | |
| | Signature | | | | Signature | | |
| | Alex Herell | Partner | 7-25-25 | | | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| ASSIGNEE | | | |
|---|---|---|---|
| | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131 | | |
| | Tim Price | | |
| | Signature | | |
| | Tim Price | RMA | 8.12.25 |
| | Print Name | Title | Date |

**AGCO FINANCE LLC**
**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date: 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE: Agreement dated 07/23/2025 with AGCO FINANCE LLC

as Assignee, Lender, or Lessor (the "Lender").

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion, rust, mechanical or electrical breakdown, etc. The minimum amount of coverage required by Lender is $400,000.00.

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT.

TO DEBTOR'S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender's Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee.

To my existing policy number ______________ with ______________________
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMinsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

▶ Cory Paul
Insurance Agency/Agent's Name

▶ CPaul@higginbotham.net
Agent's E-Mail Address

▶
Mailing Address / PO Box

▶ 229-869-6318
Agent's Phone Number

▶
Agent's Fax Number

▶ City ▶ State ▶ Zip Code

AGCO FINANCE LLC

ATLANTIC & SOUTHERN EQUIPMENT
1504 HWY 117 SOUTH
GOLDSBORO, NC 27530

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-507017

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| **Fax/Email** | **Mail all documents to:** | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Payment Schedule Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| **Dealer:** | $ | **Floor Plan:** | $ |
| **Manufacturer:** | $ | **Retail Payoff:** | $ |
| **Other:** | $ | **Total:** | $ |
| **Notes:** | | | |

AF_5335 (11/17)

EXHIBIT
5

[redacted] 7055

**LEASE AGREEMENT** (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee") Case ID. FA-507017

| LESSEE | | | | LESSOR | |
|---|---|---|---|---|---|
| LEASE NUMBER | | | | DEALER CODE | 002178.0110 |
| NAME | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | | | CONTRACT DATE | 07/23/2025 |
| ADDRESS | 221 GOSA RD | | | NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| CITY & STATE | LEESBURG, GA | | | ADDRESS CITY & STATE | 1504 HWY 117 SOUTH GOLDSBORO, NC |
| ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-886-4734 | ZIP CODE | 27530 |
| LOCATION OF MACHINERY | 221 GOSA RD. LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM | | |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and serverally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $30,000.00, together with sales / use tax on advance payments of $0.00 and the balance of payments as follows.

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows: | AGCO FINANCE LLC |
| Number of Payments | Amount of Each Payment | First Payment Date | | SEE ADDENDUM | P.O. Box 77113 |
| | | | | | Minneapolis, MN 55480-7702 |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice, however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY.** *Note.* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year.

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

**PURCHASE OPTION**

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for

☑ Fixed price of $ <u>See PRO Lease Addendum</u> (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at <u>www.seemyterms.com</u>: 647P55J ("Terms and Conditions"): (i) were read and understood by Lessee prior to signing below; (ii) are incorporated herein by reference as if fully set forth herein; and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

**PERSONAL GUARANTY**

*(This Space Intentionally Blank)*

**LESSEE**

SEE SIGNATURE ADDENDUM

Signature

Print Name Title Date

**LESSOR**

Rick Elliott SEE SIGNATURE ADDENDUM

Signature

Rick Elliott RMA 8/8/25

Print Name Title Date

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance:** Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee:** Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR OR ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction:** Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal, fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance:** Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| Date | Lessor's Name | By | Authorized Signature |
|---|---|---|---|
| | ATLANTIC & SOUTHERN EQUIPMENT | By | Steve Evans |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| Date | | By | Authorized Signature |
|---|---|---|---|
| 8/8 | AGCO FINANCE LLC | By | Rick Ehler RMA |

## Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| New | FENDT FT936G7 | WAM97024V00F03919 | Tractor | 0 | 3000 | $65.00 | $500,000.00 |

| Trade-In Equipment Description (Include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| FENDT FT936G7 tractor | WAM97024L00F02854 | 340,204.65 | 340,204.65 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| | | | |
|---|---|---|---|
| LESSEE | SEE SIGNATURE ADDENDUM<br>Signature<br><br>Print Name Title Date | LESSOR | Rick Elker SEE SIGNATURE ADDENDUM<br>Signature<br>Rick Elker RMA 8/8/25<br>Print Name Title Date |

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $30,000.00 | 03/01/2026 |
| 2 | $54,604.56 | 08/01/2026 |
| 3 | $54,604.56 | 08/01/2027 |
| 4 | $54,604.56 | 08/01/2028 |
| 5 | $54,604.56 | 08/01/2029 |
| 6 | $54,604.56 | 07/01/2030 |

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | Rick Ehler SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | | | Rick Ehler RMA 8/8/25 |
| | Print Name Title Date | | Print Name Title Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

Date of Lease Agreement: 07/23/2025

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |

Assignee: AGCO FINANCE LLC

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer: (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified).
Use as many signature lines as needed.2

Name: JOHN HAMMONDS ALEXANDER HARRELL — ~~By:~~ ▶ [signature] (Signature) — Individually and as General Partner

Name: RODNEY SHERRELL HARRELL — By: ▶ [signature] (Signature) — Individually and as General Partner

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Alex Harrell (Name) ▶ partner (Title)

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Rodney Harrell (Name) ▶ partner (Title)

| **LESSOR:** | **ASSIGNEE:** |
|---|---|
| ATLANTIC & SOUTHERN EQUIPMENT | AGCO FINANCE LLC |
| By: ▶ Steve Evans (Signature) | By: ▶ Rick Ehrer (Signature) |
| Print Title: ▶ President | Print Title: ▶ RMA |

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated: | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM* | Dealer Name: ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

    $301,190.61, plus applicable fees and taxes. Initial here: JLH

    (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: JAH

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| LESSEE | | | | LESSOR | | | |
|---|---|---|---|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | | | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| ASSIGNEE | | | |
|---|---|---|---|
| | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131 | | |
| | Rick Ehler | | |
| | Signature | | |
| | Rick Ehler | RMA | 8/8/25 |
| | Print Name | Title | Date |

**AGCO FINANCE LLC**
**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date: 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE: Agreement dated 07/23/2025 with AGCO FINANCE LLC
as Assignee, Lender, or Lessor (the "Lender").

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion, rust, mechanical or electrical breakdown, etc. The minimum amount of coverage required by Lender is $500,000.00.

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT.

TO DEBTOR'S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender's Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee.

To my existing policy number ______________ with ______________
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMInsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

Cory Paul
Insurance Agency/Agent's Name

Agent's E-Mail Address

2541 W DOUBLEGATE DR
Mailing Address / PO Box

221-861-6318
Agent's Phone Number

Agent's Fax Number

ALBANY | GA | 31721
City | State | Zip Code

ATLANTIC & SOUTHERN EQUIPMENT
4186 US HWY 82 WEST
TIFTON, GA 31793

**Re:** HARRELL FARMS PARTNERSHIP
**Application Number:** FA-502398

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records:

| Fax/Email | Mail all documents to: | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C,<br>JOHNSTON, IA 50131 |

**Required Documentation:**
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation:

- ☐ **Retail/Lease Agreement (Included)**
- ☐ **Authorization for ACH Debit and Paperless Invoicing (Included)**
- ☐ **Customer Signed Credit Application (Included)**
- ☐ **Equipment/Trade-In Addendum (Included)**
- ☐ **Signature Addendum (Included)**
- ☐ **PRO Lease Addendum (Included)**
- ☐ **Customer Agreement to Provide Physical Damage Insurance (Included)**
- ☐ **Copy of Driver's License**
- ☐ **Invoice/Dealer Settlement Worksheet (If Applicable)**

**System Alerts:** Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- **The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.**
- **Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.**

**To assist with the funding of your contract, please complete the following proceeds Disbursement Information:**

| | | | |
|---|---|---|---|
| **Dealer:** | $ | **Floor Plan:** | $ |
| **Manufacturer:** | $ | **Retail Payoff:** | $ |
| **Other:** | $ | **Total:** | $ |
| **Notes:** | | | |



EXHIBIT
tabbies
6

**LEASE AGREEMENT** (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee") Case ID: FA-602398

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LESSEE | LEASE NUMBER | | | | LESSOR | DEALER CODE | 002178.0104 |
| | NAME | HARRELL FARMS PARTNERSHIP AND ROD... *SEE ADDENDUM* | | | | CONTRACT DATE | 07/23/2025 |
| | ADDRESS | 221 GOSA RD | | | | NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| | CITY & STATE | LEESBURG, GA | | | | ADDRESS CITY & STATE | 4188 US HWY 82 WEST TIFTON, GA |
| | ZIP CODE | 31763-4007 | TELEPHONE NO. | 229-888-4734 | | ZIP CODE | 31793 |
| | LOCATION OF MACHINERY | 221 GOSA RD, LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM | | | |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and serverally), hereby leases the property described below, together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

0 payments in advance totaling $0.00, together with sales / use tax on advance payments of $0.00 and the balance of payments as follows:

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO: |
|---|---|---|---|---|
| Monthly - ☐ Quarterly - ☐ | Semiannual - ☐ | Annual - ☑ | Irregular payments are due as follows: | **AGCO FINANCE LLC**<br>P.O. Box 77113<br>Minneapolis, MN 55480-7702 |
| Number of Payments | Amount of Each Payment | First Payment Date | | |
| 4 | $148,480.37 | 08/01/2026 | | |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice; however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.
**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY:** *Note:* Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year.

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE: At Delivery | During Lease Term | Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

**PURCHASE OPTION**

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option (*if checked by Lessor below*) at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for:

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes

**Additional Terms and Conditions.** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at www.seemyterms.com: 647P55J ("Terms and Conditions"): (i) were read and understood by Lessee prior to signing below; (ii) are incorporated herein by reference as if fully set forth herein; and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF**, the parties have executed this Lease as of the date first set forth above.

**PERSONAL GUARANTY**

*[This Space Intentionally Blank]*

| | | | | | |
|---|---|---|---|---|---|
| LESSEE | **SEE SIGNATURE ADDENDUM** | | LESSOR | **SEE SIGNATURE ADDENDUM** | |
| | Signature | | | Signature | |
| | Print Name | Title | Date | Print Name | Title / Date |

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance**: Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments:** Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee.** If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee**: Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR** OR **ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction**: Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of: (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value; or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants: Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal, fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance**: Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies:** Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties; (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made; (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding; (d) Lessee sells all or substantially all of its assets or property; (e) Lessee shall suffer a material adverse change in its financial condition or operations; (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom; or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee.** If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| Date | Lessor's Name | By: Authorized Signature |
|---|---|---|
| | ATLANTIC & SOUTHERN EQUIPMENT | Steve Evans |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| Date | | By: Authorized Signature |
|---|---|---|
| 8.14.25 | AGCO FINANCE LLC | Tim Price RMA |

# Equipment/Trade-in Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| New | FENDT FTC8 | ZN2G0008A03070173 | COMBINE | 2 | 1500 | $175.00 | $700,000.00 |

| Trade-In Equipment Description (include make and model) | Serial Number | Trade-In Allowance $ | Less Owning $ | Net Trade-In $ |
|---|---|---|---|---|
| JOHN DEERE S770 combine | 1H0S770SKM0815395 | 240,978.67 | 240,978.67 | 0.00 |

Lessee, by signing below, represents and warrants:

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete;
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances;
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above.

A facsimile or electronic signature of this addendum may be treated as an original.

| LESSEE | SEE SIGNATURE ADDENDUM | LESSOR | SEE SIGNATURE ADDENDUM |
|---|---|---|---|
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

**Date of Lease Agreement: 07/23/2025**

| | |
|---|---|
| Lessee(s) (the "Customer"): | HARRELL FARMS PARTNERSHIP, RODNEY SHERRELL HARRELL, JOHN HAMMONDS ALEXANDER HARRELL |

| | |
|---|---|
| Lessor: | ATLANTIC & SOUTHERN EQUIPMENT |
| Assignee: | AGCO FINANCE LLC |

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer: (a) the Lease Agreement bearing the above identified date (the "Agreement"), (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"); (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
RODNEY SHERRELL HARRELL,
JOHN HAMMONDS ALEXANDER HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified).
Use as many signature lines as needed.2

| | | |
|---|---|---|
| Name: RODNEY SHERRELL HARRELL | By: [signature] (Signature) | Individually and as General Partner |
| Name: JOHN HAMMONDS ALEXANDER HARRELL | By: Rodney Harrell (Signature) | Individually and as General Partner |

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

| | | |
|---|---|---|
| Name of Entity: Harrell Farms Partnership | Individually and as General Partner | By: [signature] (Signature)<br>Print: Alex Harrell (Name) Partner (Title) |
| Name of Entity: Harrell Farms Partnership | Individually and as General Partner | By: Rodney Harrell (Signature)<br>Print: Rodney Harrell (Name) partner (Title) |

| | |
|---|---|
| **LESSOR:**<br>ATLANTIC & SOUTHERN EQUIPMENT<br>By: Steve Evans (Signature)<br>Print Title: President | **ASSIGNEE:**<br>AGCO FINANCE LLC<br>By: Tim Price (Signature)<br>Print Title: RMA |

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated: | 07/23/2025 |
| Customer Name: ("Lessee") | HARRELL FARMS PARTNERSHIP AND ROD... *SEE ADDENDUM* | Dealer Name: ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above.

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease.

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be:

   $271,132.71, plus applicable fees and taxes. Initial here: JAH

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: JAA

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| LESSEE | | | | LESSOR | | | |
|---|---|---|---|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | | | SEE SIGNATURE ADDENDUM | | |
| | Signature | | | | Signature | | |
| | Print Name | Title | Date | | Print Name | Title | Date |

Acknowledged and Agreed to by Assignee:

| ASSIGNEE | | | |
|---|---|---|---|
| | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT, SUITE C, JOHNSTON, IA 50131<br>Tim Price | | |
| | Signature | | |
| | Tim Price | RMA | 8.14.25 |
| | Print Name | Title | Date |

**AGCO FINANCE LLC**
**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date: 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND ROD... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE: Agreement dated 07/23/2025 with AGCO FINANCE LLC

as Assignee, Lender, or Lessor (the "Lender").

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion, rust, mechanical or electrical breakdown, etc. The minimum amount of coverage required by Lender is $700,000.00.

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT.

TO DEBTOR'S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender's Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee.

To my existing policy number ____________ with ____________
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMInsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

▶ Cory Paul
Insurance Agency/Agent's Name

▶
Agent's E-Mail Address

▶
Mailing Address / PO Box

▶ 229-869-6318
Agent's Phone Number

▶
Agent's Fax Number

▶ City ▶ State ▶ Zip Code

AGCO FINANCE LLC

ATLANTIC & SOUTHERN EQUIPMENT
4186 US HWY 82 WEST
TIFTON, GA 31793

Re: HARRELL FARMS PARTNERSHIP
Application Number: FA-502396

The following pages represent one copy of the contract documentation you requested on the subject application. Please note original ink signatures are required for transactions with a funded total in excess of $350,000 unless this contract documentation has been provided via a DocuSign envelope and is returned via the DocuSign process, which is permitted for transactions with a funded total of up to $1,000,000. Some forms will require additional information to be completed by the dealer and/or the customer, so please be sure to check each for completeness prior to forwarding.

After completing the necessary forms make a complete copy for your records and your customer's records.

| Fax/Email | Mail all documents to: | |
|---|---|---|
| **Deals with a funded total up to $500K** | **Regular Mail** | **Shipping Mail** |
| Fax: (866) 518-9270<br>Email: funding@mycontractadm.com | P.O. BOX 2000<br>JOHNSTON, IA 50131-0020 | 8001 BIRCHWOOD COURT, SUITE C<br>JOHNSTON, IA 50131 |

Required Documentation:
Please note all of the necessary items listed below are not included in this transmission, however are required (i.e. copy of driver's license). Check boxes have been provided to assist you in making sure you forward the following necessary documentation.

- ☐ Retail/Lease Agreement (Included)
- ☐ Authorization for ACH Debit and Paperless Invoicing (Included)
- ☐ Customer Signed Credit Application (Included)
- ☐ Equipment/Trade-In Addendum (Included)
- ☐ Payment Schedule Addendum (Included)
- ☐ Signature Addendum (Included)
- ☐ PRO Lease Addendum (Included)
- ☐ Customer Agreement to Provide Physical Damage Insurance (Included)
- ☐ Copy of Driver's License
- ☐ Invoice/Dealer Settlement Worksheet (If Applicable)

System Alerts: Your contract meets the following system alerts, and special attention should be given to this area to ensure timely delivery of proceeds.

- The style of business for applicant is indicated as a PARTNERSHIP, the words partner/individual must be written behind the customer's signature on the documents. This may not apply in the event you are utilizing the Signature Addendum form.
- Please ensure that the required documentation is returned promptly to allow us to file a public record to protect our security interest within the time limit imposed by applicable law.

To assist with the funding of your contract, please complete the following proceeds Disbursement Information:

| | | | |
|---|---|---|---|
| Dealer: | $ | Floor Plan: | $ |
| Manufacturer: | $ | Retail Payoff: | $ |
| Other: | $ | Total: | $ |
| Notes: | | | |



EXHIBIT
tabbies
7

[redacted] 7244

## LEASE AGREEMENT (Agricultural and Commercial Use in all States)

AGCO FINANCE LLC ("Assignee") Case ID FA-502396

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LESSEE | LEASE NUMBER | | | | LESSOR | DEALER CODE | 002178.0104 |
| | NAME | HARRELL FARMS PARTNERSHIP AND JOH *SEE ADDENDUM* | | | | CONTRACT DATE | 07/23/2025 |
| | ADDRESS | 221 GOSA RD | | | | NAME | ATLANTIC & SOUTHERN EQUIPMENT |
| | CITY & STATE | LEESBURG, GA | | | | ADDRESS CITY & STATE | 4186 US HWY 82 WEST TIFTON, GA |
| | ZIP CODE | 31763-4007 | TELEPHONE NO | 229-886-4734 | | ZIP CODE | 31793 |
| | LOCATION OF MACHINERY | 221 GOSA RD LEESBURG, GA 31763-4007 | EMAIL ADDRESS | HARRELLFARMS21@AOL.COM | | | |

**Pursuant to the terms of this lease (this "Lease"), the undersigned Lessee (if more than one, jointly and severally), hereby leases the property described below together with all replacements, repairs and additions, if any (the "Machinery") from the undersigned Lessor for the entire Term of 60 months (the "Term"), subject to the terms and conditions hereunder and on the pages that follow and promises to pay the lease payments ("Payments") as follows:**

1 payments in advance totaling $50,000.00 together with sales / use tax on advance payments of $0.00 and the balance of payments as follows.

| LEASE PAYMENT SCHEDULE - EQUAL PAYMENTS: | | | | IRREGULAR PAYMENTS | MAKE PAYMENTS TO. |
|---|---|---|---|---|---|
| Monthly - ☐ | Quarterly - ☐ | Semiannual - ☐ | Annual - ☐ | Irregular payments are due as follows | AGCO FINANCE LLC |
| Number of Payments | | Amount of Each Payment | First Payment Date | SEE ADDENDUM | P.O. Box 77113 |
| | | | | | Minneapolis MN 55480-7702 |

**Taxes:** Sales and use tax may be, depending on state law, collected at the time this Lease is entered into or added to each Payment. Property tax will be billed annually and is due on invoice, however, if a purchase option for a Fixed Price of $1 is selected in the section below titled "Purchase Option," Lessee shall be responsible for filing and payment of all property taxes.

**Insurance:** Lessee ☐ elects or does not elect ☑ to obtain physical damage insurance covering the Machinery through a group policy arranged by Assignee. If physical damage insurance covering the Machinery through a group policy arranged by Assignee is elected, $0.00 represents the total insurance premium charged during the Term and included in the Payments.

**Security Deposit:** Lessee agrees to pay Lessor a Security Deposit of $ not later than the date Lessee executes this Lease. Lessor may apply the Security Deposit to any amounts Lessee fails to pay under this Lease, including, but not limited to, damages to the Machinery in excess of normal wear and tear and Lessee agrees to promptly restore the amount of the Security Deposit applied. Lessee shall not earn any interest on the Security Deposit.

**DESCRIPTION OF LEASED MACHINERY** *Note: Machinery described below as "New" does not necessarily mean the Machinery was manufactured in the current year.*

| NEW/ USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE | | | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| | | | | At Delivery | During Lease Term | Rate per Excess Unit | |
| | SEE EQUIPMENT ADDENDUM | | | | | | |
| | | | | | | | |

**Net Lease:** This Lease is a net lease. Lessee's obligation to make Payments and perform its obligations hereunder is absolute, irrevocable and unconditional and shall not be subject to any right of setoff, counterclaim, deduction, defense or other right Lessee may have against Lessor, any manufacturer or supplier of the Machinery, Assignee or any other party, all of which Lessee waives as against Assignee. Lessee agrees not to assert against Lessor or Assignee any claims or defenses it may have with respect to any Machinery. Lessee may not terminate this Lease prior to the end of the Term. Following assignment of this Lease, all references to "Lessor" in this Contract shall be deemed references to "Assignee." Lessee acknowledges that Lessor is not the agent of Assignee, that any representations or warranties made by Lessor are not binding on Assignee, and that Lessor does not have the authority to modify any term or provision of this Lease subsequent to its assignment.

### PURCHASE OPTION

If no Default exists under this Lease or under any other agreement between Lessee and Lessor or Lessor's affiliates or related parties, Lessee will have the option *(if checked by Lessor below)* at the end of the Term or any Renewal Term (as defined below) to purchase all (but not less than all) of the Machinery for:

☑ Fixed price of $ See PRO Lease Addendum (if no amount is indicated, the price shall be as determined by Lessor in its sole discretion.)

Plus any applicable taxes

**Additional Terms and Conditions:** Lessee acknowledges and agrees that in addition to the terms and conditions contained on this page and page 2 hereof, the terms and conditions as set forth at www.agcomyterms.com 647P55J ("Terms and Conditions") (i) were read and understood by Lessee prior to signing below, (ii) are incorporated herein by reference as if fully set forth herein, and (iii) any capitalized terms not defined herein shall have the meaning given them in the Terms and Conditions. The Terms and Conditions address the following items, among others: insurance, taxes, default conditions, default remedies, maintenance, risk of loss, purchase options and automatic renewal, governing law and assignment of the lease.

**IN WITNESS WHEREOF** the parties have executed this Lease as of the date first set forth above.

### PERSONAL GUARANTY

*[This Space Intentionally Blank]*

| LESSEE | | | LESSOR | | |
|---|---|---|---|---|---|
| SEE SIGNATURE ADDENDUM | | | SEE SIGNATURE ADDENDUM | | |
| Signature | | | Signature | | |
| Print Name | Title | Date | Print Name | Title | Date |

## ADDITIONAL TERMS AND CONDITIONS

**1. Delivery and Acceptance** Lessee acknowledges receipt of the Machinery in good order and condition and, to the extent permitted by applicable law, waives any and all rights Lessee may have to rescind this Lease, reject the Machinery or revoke acceptance of the Machinery.

**2. Disclaimer of Warranties (Except Residents of Kansas): LESSEE AGREES TO ACCEPT THE MACHINERY IN ITS AS-IS, WHERE-IS CONDITION WHEN DELIVERED AND ACKNOWLEDGES THAT NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IS PROVIDED BY LESSOR OR ASSIGNEE TO BE APPLICABLE TO THIS LEASE OR THE MACHINERY.**

**3. Late Payments and Dishonored Payments**: Each Payment past due more than 10 days shall be subject to a late charge accrued at an interest rate equal to 1.75% per month from the due date until paid or $1, whichever is greater. In the event any check or other form of payment made by Lessee is returned, Lessee agrees to pay Lessor the lesser of $30 or the maximum amount permitted by law. Such amount shall, as specified by Lessor, be paid on demand or be added to the Payments payable hereunder and Lessee promises to pay the resulting increase in the Payments. In no event shall amounts chargeable hereunder exceed the maximum amount permitted by applicable law.

**4. Prepayment Fee**. If a purchase option for a Fixed Price of $1 is selected in the section titled "Purchase Option" above and in the event of Lessee's prepayment in whole or in part prior to the end of the Term, a prepayment fee may be assessed in an amount of up to $100. Lessee understands Lessor may make a profit on this fee. Lessor may offset such amount from any amounts owed to Lessee including, without limitation, any applicable prepayment refund.

**5. Assignment; Acknowledgements of Lessee** Lessee shall not assert against Assignee any claim, defense, setoff, reduction, dispute, recoupment or counterclaim of any kind or for any reason whatsoever which Lessee may have against Lessor or manufacturer of the property. **IN NO CASE SHALL LESSOR OR ASSIGNEE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES BASED UPON ANY LEGAL THEORY, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE OF THE MACHINERY, THE CLAIMS OF THIRD PARTIES AND INJURY TO THE MACHINERY.**

**6. Risk of Use, Damage and Destruction** Lessee assumes all risk arising from the possession and operation of the Machinery and agrees to defend, indemnify and hold harmless Lessor from all demands and losses arising therefrom. In the event of the theft, destruction or other total loss with respect to any item of Machinery (a "machine"), this Lease shall terminate with respect thereto and Lessee shall immediately pay to Lessor, in full compensation for Lessor's loss, the greater of (a) the unpaid balance of the Payments, plus any delinquent Payments and interest thereon, allocable to such machine, plus the machine's residual value, or (b) the fair market value of such machine at the time of loss as determined by Lessor.

**7. Representations, Warranties and Covenants. Lessee represents, warrants and covenants that the Machinery is leased for agricultural or commercial purposes and not for personal, family or household purposes.**

**8. Use, Maintenance and Return of Machinery.** If Lessee returns the Machinery at the end of the Term of this Lease, Lessee may be charged a disposition, or disposal fee of up to $450 per unit of Machinery to defray Lessor's expenses associated with inspecting, preparing and/or selling the Machinery, which expenses may include carrying costs until the Machinery is sold.

**9. Insurance**: Lessee shall purchase and maintain, at Lessee's expense, standard all-risk type property damage insurance for the Minimum Insurance Amount Required with a maximum deductible equal to the greater of $500.00 or five percent (5.0%) of the adjusted loss in a form and from an insurer satisfactory to Lessor and shall keep such insurance in effect until full payment of this Lease. Lessee further agrees, at its expense, to insure in an amount of at least one million dollars (five million dollars for motor vehicles) Lessee and Lessor, as an additional insured, against the risk of personal injury and physical damage arising out of or resulting from or because of the operation of the Machinery. Evidence of all such insurance shall be provided to Lessor. **There is no insurance coverage for personal liability or property damage caused to others.**

**10. Default; Remedies**: Each of the following is a "Default" under this Lease: (a) Lessee fails to make any Payment or any other obligation when due under this Lease or in any other agreement with Lessor, Assignee, or with any of their affiliates or related parties, (b) any representation or warranty made by Lessee proves to be incorrect in any material respect when made, (c) Lessee becomes insolvent, is generally unable to pay its debts when due, dissolves, assigns its assets for the benefit of its creditors, or becomes the subject of a bankruptcy, receivership, or insolvency proceeding, (d) Lessee sells all or substantially all of its assets or property, (e) Lessee shall suffer a material adverse change in its financial condition or operations, (f) Lessee, its owners or any guarantors are listed on a U.S. or foreign government sanctions list or are subject to sanctions therefrom, or (g) without Assignee's prior consent, Lessee enters into any merger or consolidation in which it is not the surviving entity or experiences a change of control.

**11. Processing Fee**. If Lessee requests to make or authorize a payment via phone, electronically or similarly through Lessor, unless otherwise prohibited under applicable law, Lessee agrees to pay all third party expenses associated with processing the payment and a $10 processing fee to Lessor, on which Lessor may make a profit.

**For additional Terms and Conditions, visit: www.seemyterms.com: 647P55J**

### LESSOR'S ASSIGNMENT

For value received, Lessor hereby sells, assigns, and transfers to AGCO FINANCE LLC ("Assignee"), all of Lessor's right, title, and interest in and to the within Lease and all right thereunder, together with all Lessor's right, title and interest in and to the Machinery therein described, subject to the terms more fully set out in Lessor's Retail Financing Agreement or the terms of a seperate assignment between Lessor and Assignee, such assignment to be accepted by Assignee only at its office in Johnston, Iowa.

| | | |
|---|---|---|
| ▷ | ATLANTIC & SOUTHERN EQUIPMENT | By ▷ Steve Evans |
| Date | Lessor's Name | Authorized Signature |

### ASSIGNEE ACCEPTANCE

Assignee hereby accepts Lessor's assignment of the within Lease in Johnston, Iowa.

| | | |
|---|---|---|
| ▷ 8/15/24 | AGCO FINANCE LLC | By ▷ Rick Ehew RMA |
| Date | | Authorized Signature |

## Equipment/Trade-In Addendum

| NEW/USED | MAKE AND MODEL NUMBER | SERIAL NUMBER | DESCRIBE PROPERTY LEASED | METERED UNITS OF USE: At Delivery | METERED UNITS OF USE: During Lease Term | METERED UNITS OF USE: Rate per Excess Unit | Minimum Insurance Amount Required |
|---|---|---|---|---|---|---|---|
| New | FENDT FTRG934H - LIQUID | AGCF934HASNNL1306 | ROGATOR | 7 | 2500 | $130.00 | $655,000.00 |

| Trade-In Equipment Description (Include make and model) | Serial Number | Trade-In Allowance $ | Less Owing $ | Net Trade-In $ |
|---|---|---|---|---|
| JOHN DEERE 4730 sprayer | N04730X004568 | 85,473.23 | 85,473.23 | 0.00 |

Lessee, by signing below, represents and warrants

1. It has reviewed and acknowledges and agrees that the information in the table(s) above is accurate and complete
2. Except as described above, any trade-in property is free and clear of all security agreements, liens and encumbrances
3. If any trade-in property is listed above, Lessee hereby trades-in and transfers all of its right, title and interest in and to the trade-in equipment described above

A facsimile or electronic signature of this addendum may be treated as an original

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | Print Name / Title / Date | | Print Name / Title / Date |

V 5130 (11/21)

# Payment Schedule Addendum

| Pmt. No. | Payment Amount $ | Payment Due Date |
|---|---|---|
| 1 | $50,000.00 | 03/01/2026 |
| 2 | $110,627.23 | 08/01/2026 |
| 3 | $110,627.23 | 08/01/2027 |
| 4 | $110,627.23 | 08/01/2028 |
| 5 | $110,627.23 | 08/01/2029 |

| LESSEE | | LESSOR | |
|---|---|---|---|
| | SEE SIGNATURE ADDENDUM | | SEE SIGNATURE ADDENDUM |
| | Signature | | Signature |
| | Print Name Title Date | | Print Name Title Date |

# Signature Addendum

*(For Use With a Lease Agreement)*

Date of Lease Agreement: 07/23/2025

| | |
|---|---|
| Lessee(s) (the "Customer"). | HARRELL FARMS PARTNERSHIP, JOHN HAMMONDS ALEXANDER HARRELL, RODNEY SHERRELL HARRELL |

| | |
|---|---|
| Lessor | ATLANTIC & SOUTHERN EQUIPMENT |

Assignee: AGCO FINANCE LLC

This Addendum is attached to and supplements the Transaction Documents (defined below) to allow for the correct identification and execution of the Transaction Documents by the Customer, identified above.

1. This Signature Addendum is attached to, supplements and is incorporated by reference, as though set forth at length, in each of the following documents entered into or executed by Customer. (a) the Lease Agreement bearing the above identified date (the "Agreement"). (b) the Customer Agreement to Provide Physical Damage Insurance bearing the same date (the "Insurance Agreement"). (c) any Leased Equipment Addendum bearing the same date; (d) any Trade-In Equipment Addendum thereto; and (e) any other addendum, agreement, contract or document which (i) includes the phrase "See Signature Addendum" (or similar verbiage) and/or (ii) is related to the transaction described in the aforementioned documents. The foregoing documents may be collectively referred to herein as "Transaction Documents."

2. Each of the undersigned Customers acknowledges having read all of the Transaction Documents to which this Addendum is attached and acknowledges the receipt of a true copy of this Addendum and the Transaction Documents. The undersigned Customers jointly and severally agree to and confirm and reaffirm all of their obligations and agreements set forth in the Transaction Documents. Each of the undersigned Customers ratify and confirm the election in the Agreement in respect of physical damage or payment protection plans as the election of such Customers whether or not such election is signed or initialed by any Customer.

3. If Customer is an entity, each of the undersigned jointly and severally agree that the transaction described in the Transaction Documents is authorized under the Customer's applicable partnership agreement, member agreement, or other organizational documents (however titled) or, if it is not authorized, such agreement is hereby amended to authorize the transaction described in the Transaction Documents.

4. Unless otherwise defined herein, all capitalized terms used in this Addendum shall have the meanings ascribed to them in the Agreement. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument.

5. The Customer consents and agrees to the terms and conditions of this Addendum and confirms and reaffirms its obligations under the Agreement and to the Assignee in connection with the Agreement. Each of the undersigned Customers acknowledges the assignment by the Lessor of the Agreement to the Assignee and consents to such assignment.

IN WITNESS WHEREOF, each Customer, the Lessor and Assignee have executed this Addendum as of Date of Lease Agreement.

**Lessee(s):**
HARRELL FARMS PARTNERSHIP,
JOHN HAMMONDS ALEXANDER HARRELL,
RODNEY SHERRELL HARRELL

**INDIVIDUAL GENERAL PARTNER(S)**, please sign below (title is included and may **not** be modified)
Use as many signature lines as needed.2

Name: JOHN HAMMONDS ALEXANDER HARRELL By ▶ [signature] (Signature) Individually and as General Partner

Name: RODNEY SHERRELL HARRELL By ▶ [signature] (Signature) Individually and as General Partner

**ENTITY GENERAL PARTNER(S)**, please sign below (title **must** be included).
Use as many signature lines as needed.

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Alex Harrell (Name) ▶ Partner (Title)

Name of Entity: Harrell Farms Partnership — Individually and as General Partner — By: ▶ [signature] (Signature) — Print: ▶ Rodney Harrell (Name) ▶ partner (Title)

| **LESSOR:** | **ASSIGNEE:** |
|---|---|
| ATLANTIC & SOUTHERN EQUIPMENT | AGCO FINANCE LLC |
| By: ▶ Steve Evans (Signature) | By: ▶ Rick Ehlers (Signature) |
| Print Title: ▶ President | Print Title ▶ RMA |

# PURCHASE OR RENEWAL ONLY (PRO) LEASE ADDENDUM

*(Not for use in Wisconsin)*

| | | | |
|---|---|---|---|
| Lease No. | ("Lease") | Dated | 07/23/2025 |
| Customer Name ("Lessee") | HARRELL FARMS PARTNERSHIP AND JOH.. *SEE ADDENDUM* | Dealer Name ("Lessor") | ATLANTIC & SOUTHERN EQUIPMENT |

This Purchase or Renewal Only (PRO) Lease Addendum (this "Addendum") is entered into by and between the Lessee and Lessor identified above, is incorporated into the terms of the Lease identified above and is effective as of the date of the Lease identified above

WHEREAS, as an inducement to Assignee (identified below) taking assignment of the Lease, which it would not otherwise do, the Lessor and Lessee agree to amend the Lease to set forth the Lessee's rights at the end of the Lease Term as set forth below.

NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual covenants and agreements contained herein, the parties agree as follows

1. Integration. Except as amended herein, the terms and conditions of the Lease shall remain unchanged and in full force and effect. In the event of a conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall prevail. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Lease

2. End of Term. The Term of the Lease shall be as specified on the Lease. At the end of the Term, Lessee shall either purchase the Machinery as described in Section 3 below or the Lease shall renew for the Renewal Term(s) as described in Section 4.

3. End of Term Purchase Option. Subject to compliance with the provisions of this Addendum, and provided no event of default exists under the Lease, Lessee shall have the option to terminate the Lease at the end of the Term and purchase all, but not less than all (unless otherwise agreed to by Assignee), of the Machinery (the "Purchase Option"). The Purchase Option shall be exercisable by Lessee upon not less than thirty (30), but no more than ninety (90) days prior written notice to Lessor and Assignee, which notice must be received on or before the due date of the last payment due during the Lease Term. The price to exercise the Purchase Option at the end of the Term shall be

   $252,128.75, plus applicable fees and taxes Initial here [initials]

   (the "Purchase Option Price"). The Purchase Option Price is in addition to, and not in lieu of, any payment otherwise due at the end of the Lease term. Assignee must receive payment in full of the Purchase Option Price from Lessee on or before the end of the Term or the Purchase Option shall not be exercisable. Upon Assignee's receipt of the Purchase Option Price, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate

4. End of Term Renewal. In the event Lessee does not exercise the Purchase Option set forth in Section 3 above, the Lease shall **automatically renew on a year-to-year basis (each, a "Renewal Term") until Lessee provides Lessor 60 days (but no more than 180 days unless waived by Lessor in its sole discretion) written notice prior to the expiration of the then-current Renewal Term that it will purchase the Machinery for the fair market value of the Machinery, as determined by Assignee in its sole discretion.** Each Renewal Term will commence immediately upon the expiration of the then-current Renewal Term and the terms of the Lease, including without limitation the frequency and amount of Payments, will continue to apply. Notwithstanding the foregoing, in the event Lessor's cost of funds determined as of sixty (60) days prior to commencement of each Renewal Term ("Renewal Rate") increases from Lessor's initial cost of funds as of the date of the Lease ("Initial Rate"), the Renewal Payment

amount shall be increased based upon the difference between the Initial Rate and the Renewal Rate. Upon Assignee's receipt of the payment for the fair market value of the Machinery, Assignee shall transfer all of its right, title and interest in and to the Machinery to Lessee on an AS-IS, WHERE-IS BASIS without warranty and the Lease shall terminate.

Initial here: JAH

5. Tax Treatment. Lessor and Assignee make no recommendation, representation or warranty as to the tax and/or accounting treatment of the Lease in general, or as a result of the parties entering into this Addendum.

6. Miscellaneous. This Addendum may be executed in counterparts, including facsimile counterparts, each of which will constitute an original, but which collectively will form one and the same instrument. This Addendum constitutes the final agreement between the Parties and is the exclusive expression of the Parties' agreement on the matters contained herein. All earlier and contemporaneous negotiations and agreements between the Parties on the matters contained herein are expressly merged into and superseded by this Addendum. Any modification or additions to the terms of this Addendum must be in a written agreement identified as an amendment and executed by both Parties. This Addendum shall be governed by the laws of Iowa and the Parties hereto hereby agree to submit to the courts of Iowa. THE PARTIES HERETO HEREBY UNCONDITIONALLY WAIVE THEIR RIGHTS TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION BASED UPON OR ARISING OUT OF THIS AMENDMENT.

IN WITNESS WHEREOF, the Parties have executed this Addendum effective as of the date first set forth above.

| | | | |
|---|---|---|---|
| LESSEE | SEE SIGNATURE ADDENDUM<br>Signature<br>Print Name Title Date | LESSOR | SEE SIGNATURE ADDENDUM<br>Signature<br>Print Name Title Date |

Acknowledged and Agreed to by Assignee

| | |
|---|---|
| ASSIGNEE | AGCO FINANCE LLC<br>8001 BIRCHWOOD COURT SUITE C JOHNSTON IA 50131<br>Rick Ehler<br>Signature<br>Rick Ehler RMA 8/15/25<br>Print Name Title Date |

**AGCO FINANCE LLC**
**CUSTOMER AGREEMENT TO PROVIDE PHYSICAL DAMAGE INSURANCE**

Date 07/23/2025

Customer's Name HARRELL FARMS PARTNERSHIP AND JOH... *SEE ADDENDUM*

Address 221 GOSA RD City LEESBURG State GA ZIP 31763-4007

RE Agreement dated 07/23/2025 with AGCO FINANCE LLC

as Assignee, Lender, or Lessor (the "Lender")

I have entered into the above agreement under which I am responsible for providing insurance against ALL RISKS of direct physical loss or damage for the actual cash value of the equipment listed in the Agreement set forth above, subject to common exclusions such as damage caused by corrosion rust mechanical or electrical breakdown etc. The minimum amount of coverage required by Lender is $655,000.00

**EQUIPMENT**

| Make | Model | Description | Serial Number |
|---|---|---|---|
| | | SEE EQUIPMENT ADDENDUM | |

I affirm that I will be providing my own physical damage insurance coverage through the BELOW LISTED INSURANCE AGENT

TO DEBTOR S INSURANCE AGENT

I hereby instruct you to add AGCO FINANCE LLC as a payee through a Lender s Loss Payable Clause or similar clause which provides that any acts of the Customer will not void the policy as to the Loss Payee

To my existing policy number ____________ with ____________
which now provides the coverage required.

Lender must be given written notice within 30 days of any cancellation or non-renewal. It is also understood and agreed that a breach of the insuring conditions by the customer, or any other person, shall not invalidate the insurance to Lender.

**PLEASE FORWARD A COPY OF THE POLICY, ENDORSEMENT, OR CERTIFICATE EVIDENCING COVERAGE TO AGCO FINANCE LLC via email at DSMinsurance@DLLgroup.com OR call (800) 863 3660.**

**PLEASE ATTACH A COPY OF THIS NOTICE TO THE PROOF OF INSURANCE.**

**ACKNOWLEDGEMENT OF CUSTOMER: I acknowledge that copies of this document sent to Lender are for informational purposes only. I am responsible for notifying my agent of my obligation to obtain physical damage insurance.**

**I understand I am responsible for Insurance coverage for personal liability or property damage caused to others.**

***PLEASE BE SURE TO COMPLETE THE INFORMATION BELOW***

Insurance Agency/Agent's Name: Cory Paul

Agent's E-Mail Address:

Mailing Address / PO Box: 2541 W DOUBLEGATE DR

Agent's Phone Number: 229-869-6318

Agent's Fax Number:

City: ALBANY State: GA Zip Code: 31721